```
             IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

CRIMINAL NO. 12-50008-003         USA v. ANA VACA-GOMEZ

COURT PERSONNEL:                  APPEARANCES:

Judge: JIMM LARRY HENDREN         Govt. CLAY FOWLKES

Clerk: GAIL GARNER                Deft. RAY NIBLOCK

Reporter: THERESA SAWYER          Interpreter: DEBBIE ANDRADE

### SENTENCING MINUTE SHEET

On this date the above-named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Defendant withdraws objection 1 in open court.
- (X) Court expresses final approval of plea agreement.
- (X) Defendant moves for downward departure/variance - denied.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Court proceeded to impose sentence as follows:

    87 months imprisonment; 4 years supervised release; $15,000.00 fine - interest waived.

Criminal No. 12-50008-003

- (X) Defendant ordered to comply with standard conditions of supervised release.
- (X) Defendant ordered to pay total special assessment of $100.00 for Count 12, which shall be due immediately.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Counts 1, 11, 13 and forfeiture allegation dismissed on motion by the government.
- (X) Defendant remanded to custody of USMS.

DATE: November 26, 2012          Proceeding began: 1:51 pm

                                                                      ended: 2:39 pm