IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

V.                              CASE NO. 5:12-CR-50008-003

ANA VACA-GOMEZ                                                                    DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 364) filed in this case on June 10, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 364) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Amended Motion to Vacate under 28 U.S.C. 2255 (Doc. 333) is **DENIED**.

IT IS SO ORDERED on this \_\_16th\_\_ day of July, 2015.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE