IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

V.     CASE NO. 5:12-CR-50008-003

ANA VACA-GOMEZ     DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 402) filed in this case on October 11, 2016, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 402) is **ADOPTED IN ITS ENTIRETY**, and Defendant's § 2255 motion (Doc. 392) is **DISMISSED WITH PREJUDICE**. For the reasons stated in the Report and Recommendation, a request for Certificate of Appealability is **DENIED**.

IT IS SO ORDERED on this 16th day of November, 2016.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE